UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA TRANSPORT, INC., <br> DANA CONTAINER, INC., <br> INTERNATIONAL EQUIPMENT LOGISTICS, INC., and <br> SUTTLES TRUCK LEASING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ABLECO FINANCE, LLC, <br><br> Defendant. | Civil Action No. 04-2781 <br><br> **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

**THIS MATTER** having come before the Court upon defendant's motion to dismiss pursuant to F.R.C.P. 12(b)(6); the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

**IT IS** on this 17th day of August, 2005

**ORDERED** that the motion to dismiss is **granted in part** and **denied in part**.

s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.